Order Filed on August 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** Marianna Udem<br>Brigette McGrath<br>Kara E. Casteel (admitted *pro hac vice*)<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br>                              Plaintiff,<br>v.<br>Indo Count Global, Inc.,<br>                              Defendant. | Adv. No. 25-01046 (VFP) |

# ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS, WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been brought before the Court on Michael Goldberg's, in his capacity as Plan Administrator (the "<u>Plaintiff</u>" or "Plan Administrator") for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and its affiliated debtors (each, a "<u>Debtor</u>" and collectively, the "<u>Wind-Down Debtors</u>" or "Debtors") *Motion and Memorandum of Law in Support of Motion to Dismiss Defendant's Counterclaims For I) Failure to Conduct Due Diligence- 11 U.S.C. § 547 and II) Failure to Take Into Account Known Affirmative Defenses- 11 U.S.C. § 547* (the "Motion"); and due notice hereof having been given; and the Court having considered Plaintiff's Motion and the opposition thereto, and Plaintiff's reply; and finding good and sufficient cause for the making and entry of the within Order, and for the reasons stated on the record at the hearing held August 12, 2025 (the "Hearing"):

**IT IS HEREBY ORDERED**:

1. The Motion is **GRANTED**, the Counterclaims of Defendant are **DISMISSED**, without prejudice, in their entirety.

2. The dismissal of Defendant's Counterclaims is without prejudice to Defendant's rights to seek dismissal of the underlying complaint on any grounds including, but not limited to, the grounds asserted in the Counterclaims and as set forth by Defendant at the Hearing.

3. The dismissal of Defendant's Counterclaims is without prejudice to Defendant's right to seek attorney's fees, expenses and sanctions under applicable law.

4. This Order shall be immediately effective and enforceable upon its entry.

5. The Court shall have jurisdiction over this Order and any and all matters arising from or relating to the implementation, interpretation or enforcement of this Order.